United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 24-01201-HWV
Matthew Christian Wetzel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 13, 2024      Form ID: ntcnfhrg      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Christian Wetzel, 339 Philadelphia Ave, Chambersburg, PA 17201-1772 |
| 5616835 | + | Wellspan, 112 N. 7th St. Chambersburg, PA 17201, Chambersburg, PA 17201-1720 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616831 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Midfirst Bank, 999 N.W. Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 5616832 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 13 2024 18:59:31 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5616833 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 13 2024 18:59:40 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 5616834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5617131 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 13 2024 18:59:35 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia,, PA 19107 |
| 5616836 | ^ | MEBN | Jun 13 2024 18:48:14 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, # Bvld, Los Angeles, CA 90010-3827 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Jun 13, 2024 | Form ID: ntcnfhrg | Total Noticed: 8 |

Date: Jun 15, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gail Lee Hills | on behalf of Debtor 1 Matthew Christian Wetzel gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Christian Wetzel,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01201−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 24, 2024 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntcnfhrg (08/21)