United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 24-01201-HWV
Matthew Christian Wetzel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　User: AutoDocke　　　　Page 1 of 2
Date Rcvd: Sep 23, 2024　　Form ID: ordsmiss　　　Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Christian Wetzel, 339 Philadelphia Ave, Chambersburg, PA 17201-1772 |
| 5616835 | + | Wellspan, 112 N. 7th St. Chambersburg, PA 17201, Chambersburg, PA 17201-1720 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5645045 | + | EDI: MAXMSAIDV | Sep 23 2024 22:40:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5629345 | + | EDI: AISMIDFIRST | Sep 23 2024 22:40:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5616831 | + | EDI: AISMIDFIRST | Sep 23 2024 22:40:00 | Midfirst Bank, 999 N.W. Grand Boulevard Suite 100, Oklahoma City, OK 73118-6051 |
| 5616832 | | EDI: AISMIDFIRST | Sep 23 2024 22:40:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5616833 | + | EDI: MAXMSAIDV | Sep 23 2024 22:40:00 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 5616834 | + | EDI: SYNC | Sep 23 2024 22:40:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5617131 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 23 2024 18:44:39 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia,, PA 19107 |
| 5616836 | ^ | MEBN | Sep 23 2024 18:38:16 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, # Bvld, Los Angeles, CA 90010-3827 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gail Lee Hills | on behalf of Debtor 1 Matthew Christian Wetzel gail.hills@ghillslaw.com Hills.GailB@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Christian Wetzel,             Chapter     13

    **Debtor 1**

                                            Case No.     1:24−bk−01201−HWV

### Order

**IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated May 14, 2024.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 23, 2024

ordsmiss (05/18)