UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Matthew Christian Wetzel | : | |
| Debtor | : | 1:24-BK-01201-HWV |
| | : | |

**ORDER**

Upon consideration of the Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and the case having been dismissed on 9/23/24 and the court retaining jurisdiction, it is ORDERED the application is APPROVED.